# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

September 3, 2019

Jessie M. Gabriel
direct dial: 212.271.1508
jgabriel@bakerlaw.com

**VIA ECF AND EMAIL**

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *CBI Capital LLC v. Mullen*, No. 19-cv-5219

Dear Judge Torres:

We write on behalf of plaintiff, CBI Capital LLC ("CBI"), pursuant to Rule II.B of Your Honor's Individual Practices in Civil Cases. Subject matter jurisdiction in this case is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332. CBI is the party asserting the existence of such jurisdiction.

Complete diversity exists in this case. Plaintiff CBI is a Delaware limited liability company. The sole member of CBI is Evan Claar, a citizen of New York. Defendant Mike Mullen Energy Resource, Inc. is a Texas corporation with its principal place of business in Dallas, Texas. Defendant Mike Mullen is a citizen of Texas.

Sincerely,

Jessie M. Gabriel
Partner