UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBI CAPITAL LLC,

    Plaintiff-Counterclaim Defendant,

-against-

MIKE MULLEN and MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

    Defendants-Counterclaim Plaintiffs.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/2019_

19 Civ. 5219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters at ECF Nos. 53, 54, it is hereby ORDERED that:

1. By **January 10, 2020**, CBI Capital, LLC shall file its motion to dismiss the counterclaims;
2. By **January 31, 2020**, Mike Mullen and Mike Mullen Energy Equipment Resource, Inc. shall file their opposition; and
3. By **February 14, 2020**, CBI Capital, LLC shall file its reply, if any.

SO ORDERED.

Dated: December 5, 2019
       New York, New York

ANALISA TORRES
United States District Judge