UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBI CAPITAL LLC,

      Plaintiff,

-against-

MIKE MULLEN and MIKE MULLEN ENERGY
EQUIPMENT RESOURCE, INC.,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2020

19 Civ. 5219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  In light of the parties' pending motions to dismiss, the case management conference scheduled for March 11, 2020 is ADJOURNED *sine die*.

  SO ORDERED.

Dated: February 4, 2020
   New York, New York

                     ANALISA TORRES
                  United States District Judge