USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBI CAPITAL LLC,

        Plaintiff,

-against-

MIKE MULLEN and MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

        Defendants.

MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

        Third-Party Plaintiff,

-against-

EVAN CLAAR,

        Third-Party Defendant.

19 Civ. 5219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters at ECF Nos. 67, 68, it is hereby ORDERED that:

1. By **April 1, 2020**, CBI Capital, LLC and Evan Claar shall file their motion to dismiss the counterclaims and third-party complaint;
2. By **April 22, 2020**, Mike Mullen and Mike Mullen Energy Equipment Resource, Inc. shall file their opposition; and
3. By **May 6, 2020**, CBI Capital, LLC and Claar shall file their reply, if any.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

                              ANALISA TORRES
                              United States District Judge