```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBI CAPITAL LLC,

      Plaintiff-Counterclaim Defendant,

-against-

MIKE MULLEN and MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

      Defendants-Counterclaim Plaintiff

MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

      Third-Party Plaintiff,

-against-

EVAN CLAAR,

      Third-Party Defendant

19 Civ. 5219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' pre-motion letters, ECF Nos. 97, 98, it is hereby ORDERED that:

1. By **September 11, 2020**, Plaintiff shall file its motion for summary judgment;
2. By **October 9, 2020**, Defendant shall file his opposition to Plaintiff's motion for summary judgment;
3. By **October 23, 2020**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: August 7, 2020
      New York, New York

                                                  ANALISA TORRES
                                         United States District Judge