```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBI CAPITAL LLC,

    Plaintiff-Counterclaim Defendant,

-against-

MIKE MULLEN and MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

    Defendants-Counterclaim Plaintiffs

MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

    Third-Party Plaintiff,

-against-

EVAN CLAAR,

    Third-Party Defendant

19 Civ. 5219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 28, 2020, the Court directed Defendant Mike Mullen Energy Equipment Resource, Inc. to inform the Court whether it had retained new counsel by September 14, 2020. ECF No. 102. That submission is now overdue. The Defendant is hereby ORDERED to inform the Court by **September 23, 2020**, whether it has obtained new counsel.

    The Court reiterates that Defendant must appear through an attorney to continue defending itself in this action, because a corporation is not permitted to appear in court unless it does so through a lawyer. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001).

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge