```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBI CAPITAL LLC,

    Plaintiff-Counterclaim Defendant,

-against-

MIKE MULLEN and MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

    Defendants-Counterclaim Plaintiffs

MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.,

    Third-Party Plaintiff,

-against-

EVAN CLAAR,

    Third-Party Defendant

19 Civ. 5219 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Th Court is in receipt of an email response from Mike Mullen, President of Defendant Mike Mullen Energy Equipment Resource, Inc. ("MMEER") to Plaintiff's motion for a default judgment against MMEER. As this Court has already reiterated, corporations cannot appear *pro se* in federal courts. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel."). Accordingly, MMEER must appear through counsel in order to continue defending itself in this action, and in order for the Court to consider any opposition to Plaintiff's motion for a default judgment.

    Absent a notice of appearance from a licensed attorney on behalf of MMEER, the Court will consider Plaintiff's motion for a default judgment unopposed.

    SO ORDERED.

Dated: June 14, 2021
       New York, New York

ANALISA TORRES
United States District Judge