USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CBI CAPITAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>MIKE MULLEN ENERGY EQUIPMENT RESOURCE, INC.<br><br>Defendant. | NO. 19-CV-5219-AT<br><br><br>**DEFAULT JUDGMENT** |

Before the Court is Plaintiff CBI Capital LLC's Order to Show Cause for Default Judgment against Defendant Mike Mullen Energy Equipment Resource, Inc. For the reasons stated on the record during the June 17, 2021, show cause hearing, the reasons stated in the declaration of Jessie M. Gabriel, sworn to December 10, 2020, with attachments, and the declaration of Evan Claar, sworn to December 8, 2020, and good cause having been shown, judgment by default is hereby entered against Defendant on the issue of liability and damages of $15,581,774 awarded, pursuant to Local Civil Rule 55.2(b) and Federal Rule of Civil Procedure 55(b).

There being no just reason for delay, the Clerk of the Court is hereby instructed to enter this Default Judgment forthwith and without further notice.

The Clerk of Court is ordered to close this case.

SO ORDERED, this 17 day of June, 20 21.

ANALISA TORRES
United States District Judge